NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-10-0000083
16-DEC-2010
09:31 AM

NO. CAAP-10-0000083

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellant

v.

CHRISTINE MOSSO aka CHRISTINE KELLEY-MOSSO, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CR. NO. 07-1-0224)

ORDER
(By: Fujise, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of Plaintiff-Appellant State of Hawaii's Withdrawal of the October 15, 2010 Notice of Appeal and the records and files herein,

IT IS HEREBY ORDERED that the withdrawal of the appeal is approved, and this appeal is dismissed.

DATED: Honolulu, Hawai'i, December 16, 2010.

Presiding Judge

Associate Judge

Associate Judge